# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

2:10-CV-651 JCM (LRL)

KIRSHA BROWN,

        Plaintiff,

v.

DEPARTMENT OF AVIATION,

        Defendant.

### ORDER

Presently before the court is the magistrate judge's report and recommendation to dismiss the complaint with prejudice. (Doc. #8).

Objections to the report and recommendation were due by August 29, 2010. (Doc. #8). However, on August 24, 2010, this court extended the objection period to September 23, 2010, due to plaintiff having been incarcerated for several weeks. (Doc. #12).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. To date, plaintiff has failed to file any objections to the report and recommendation.

Upon review of the magistrate judge's report and recommendation (doc. #20), and there being no objections filed, this court agrees with Magistrate Judge Leavitt's recommendation that the complaint be dismissed as delusional and frivolous.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
2  Judge Lawrence Leavitt's report and recommendation (doc. #8) is AFFIRMED in its entirety.
3    IT FURTHER ORDERED that instant action is hereby DISMISSED with prejudice.
4    DATED October 14, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -